UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY RICKS, | Case No. 2:24-cv-1146-JAM-JDP (PS) |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| THE HOME DEPOT, | |
| Defendant. | |

The court previously issued an order setting a status conference for May 22, 2025, and directing the parties to file status reports by no later than May 8, 2025. ECF No. 9. Neither party filed a status report.

The parties will be ordered to show cause why sanctions should not be imposed for his failure to timely file a status report. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

Accordingly, it is hereby ORDERED that:

1. The status conference currently set for May 22, 2025, is continued to June 12, 2025, at 10:00 a.m. The conference will be conducted via Zoom.

1

2. By no later than June 5, 2025, both plaintiff and defendant shall file a status report as required by the court's April 8, 2025 order.  *See* ECF No. 9.

3. Both plaintiff and defendant shall show cause, by no later than June 5, 2025, why sanctions should not be imposed for failure to comply with the court's April 8, 2025 order.

4. Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   May 20, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2